UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his Official capacity as Administrator, U.S. Environmental Protection Agency,**<br><br>　　　Defendants. | Case No.: 1:21-cv-2210-JDB |

**DEFENDANTS' UNOPPOSED MOTION TO TERMINATE CONSENT DECREE**

Come now Defendants the U.S. Environmental Protection Agency and its Administrator, Michael Regan, in his official capacity (collectively "EPA") and move the Court to terminate the Consent Decree ("CD") entered on July 25, 2022, in this matter. (ECF No. 16).

1.　Plaintiff the Center for Biological Diversity ("CBD") filed this lawsuit to compel EPA to perform a non-discretionary duty under the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. §§ 6901-6992k. Specifically, CBD filed a petition with EPA to classify discarded polyvinyl chloride ("PVC") as hazardous waste under RCRA ("Petition"). In its Complaint, CBD alleged that EPA failed to perform its non-discretionary duty to "take action" on CBD's Petition within a "reasonable time" as required by 42 U.S.C. § 6974(a). *See* ECF No. 1, ¶¶ 9-11.

2. The Parties reached agreement on a proposed CD, and the Court entered the CD on July 25, 2022. (ECF No. 16).

3. The CD required EPA to sign a tentative decision on the Petition by January 20, 2023.[1] EPA signed a tentative decision on January 6, 2023, and notice of EPA's tentative decision was published in the Federal Register January 12, 2023. 88 Fed. Reg. 2089 (Jan. 12, 2023).

4. The CD required EPA to sign a final decision by April 12, 2024.[2] The parties later stipulated to a two-week extension of this deadline until April 26, 2024. ECF No. 17. EPA signed a final decision on April 22, 2024. Notice of EPA's final decision was published in the Federal Register on April 26. 89 Fed. Reg. 32416 (Apr. 26, 2024).

5. EPA has now taken all actions required of it by the CD, and there is nothing left to do or be done by any party.

6. Paragraph 17 of the CD expressly provides that, under these circumstances, EPA may move to have the CD terminated.

---

[1] Paragraph 2 of the Consent Decree provides:
    "If CBD executes this Consent Decree by April 20, 2022, then, no later than January 20, 2023, pursuant to 40 C.F.R. § 260.20(c), EPA shall sign a tentative decision on Plaintiff's petition to classify discarded PVC as hazardous waste under RCRA. If CBD does not execute this Consent Decree by April 20, then EPA shall sign a tentative decision no later than nine months after the date CBD executes this Consent Decree."
ECF 15-1, ¶ 2. CBD signed the CD on April 12, 2022. *Id*. at PDF page 9.

[2] Paragraph 3 of the CD provides:
    "No later than two years after the signature of this consent decree by Plaintiff, EPA shall sign a final decision on Plaintiff's petition."

7. The parties conferred on this motion pursuant to LCvR 7(m). Plaintiff CBD does not oppose this motion.

Therefore, EPA respectfully moves the Court to terminate the CD.

Dated: June 17, 2024.

                                            Respectfully submitted,

                                            TODD KIM
                                            Assistant Attorney General
                                            Environment and Natural Resources Division

By:     /s/ Mark L. Walters
       MARK L. WALTERS
       U.S. Department of Justice
       Environment and Natural Resources Division
       Environmental Defense Section
       999 18th Street, South Terrace 370
       Denver, Colorado 80202
       Telephone: (303) 844-1380
       Fax: (303) 844-1350

*Counsel for Defendants the United States Environmental Protection Agency and Michael Regan, in his official capacity as Administrator, United States Environmental Protection Agency*

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of June 2024, a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the District of Columbia by using the CM/EDF system, which provides notice of fling to all counsel of record by electronic means.

                                            /s/ Mark L. Walters
                                            Mark L. Walters

**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with counsel for Plaintiff regarding the foregoing Motion to Terminate Consent Decree. Plaintiff does not oppose the motion.

                                                                                 /s/ Mark L. Walters
                                                                                    Mark L. Walters